UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-60117-CR-MOORE/GARBER

UNITED STATES OF AMERICA,

      Respondent,

v.

MARK ANDREW HERMAN,

      Petitioner.
_____/

## REPORT AND RECOMMENDATION

      This cause is before the Court on *Pro Se* Petitioner's Motion for Extension of Time [D.E. 41], upon reference from the Honorable K. Michael Moore, United States District Judge.

      Petitioner seeks a ninety day extension of time for the filing of a petition under 28 U.S.C. §2255. Section 2255 imposes a one-year statute of limitations, which runs from the latest of --

      (1) the date on which the judgment of conviction becomes final;

      (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making a motion by such governmental action;

      (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

      (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

28 U.S.C. §2255.

      Petitioner's direct appeal to the Eleventh Circuit was denied on July 26, 2005. [D.E. 40]. Accordingly, any petition under 28 U.S.C. §2255 should have been filed on or before July 26, 2006. Petitioner filed the instant Motion for Extension of Time after the deadline, on August 1, 2006.

Petitioner failed to file any pleading in this matter for more than twelve months after his appeal was denied. Petitioner has now had more than fifteen months to file a petition under Section 2255, and has failed to do so. Even pending the instant Motion for Extension of Time, Petitioner failed to file a proposed petition under Section 2255. Moreover, the instant Motion fails to set forth any explanation for Petitioner's lack of diligence.

Based upon the foregoing, it is respectfully RECOMMENDED that the Court DENY Petitioner's Motion for Extension of Time for lack of diligence.

The parties have ten days from the date of this Report and Recommendation to file written objections, if any, with the Honorable K. Michael Moore, United States District Judge. *See* 28 U.S.C. § 636(b)(1)(C). Failure to file timely objections may bar the parties from attacking on appeal the factual findings contained herein. *See LoConte v. Dagger*, 847 F.2d 745, 750 (11th Cir. 1988).

RESPECTFULLY SUBMITTED at the United States Courthouse, Miami, Florida, this 20th day of November, 2006.

BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE

Copies supplied to:
United States District Judge Moore
Counsel of record
Mark Andrew Herman, *pro se*