UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-60117-CR-MOORE

UNITED STATES OF AMERICA,

    Respondent

vs.

MARK ANDREW HERMAN
#30068-004,

    Petitioner
_____/

## ORDER ADOPTING [43] MAGISTRATE'S REPORT AND RECOMMENDATION

THIS MATTER is before the Court on Magistrate Judge Frank J. Lynch's Report and Recommendation [43] on Defendant's *Pro Se* Petitioner's Motion for Extension of Time [41]. After review of the record and having received no objections thereto, it is

ORDERED AND ADJUDGED that Magistrate Judge Lynch's Report and Recommendation issued November 20, 2006 is hereby **ADOPTED**. The Petitioner's Motion for Extension of Time for Lack of Diligence is hereby **DENIED**.

DONE AND ORDERED in Chambers at Miami, Florida this 6th day of December, 2006.

                                        K. MICHAEL MOORE
                                        UNITED STATES DISTRICT JUDGE

Copies Furnished to:

All counsel and pro se parties of record